UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOSEPH ALEXANDER,

             Plaintiff,

v.

DAWN HILL-KEARSE, and SERGIO JIMENEZ,

             Defendants.

Case No. 3:26-cv-00050-ART-CLB

ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 3)

Plaintiff Joseph Alexander sues Defendants Dawn Hill-Kearse and Sergio Jimenez for "conspir[ing] together and intentionally delay[ing] the calendar of motions, in violation of due process." (ECF No. 1-1.) Also before the Court is Mr. Alexander's application to proceed *in forma pauperis* ("IFP") (ECF No. 1). On January 23, 2026, Magistrate Judge Baldwin issued a Report and Recommendation ("R&R") recommending granting Mr. Alexander's application to proceed IFP and dismissing Mr. Alexander's complaint without prejudice and with leave to amend. (ECF No. 3.)

For the foregoing reasons, the Court adopts the magistrate judge's R&R.

## I.    LEGAL STANDARD

Under the Federal Magistrates Act, a court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by [a] magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). A court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Mr. Alexander has not filed an objection to the magistrate judge's R&R and his time to do so has now expired. (ECF No. 3.)

## II.   ANALYSIS

The magistrate judge found that Mr. Alexander's complaint is deficient of the pleading standard set forth by Federal Rule of Civil Procedure 8(a)(2). (ECF No. 3.) *See* FED. R. CIV. PRO. 8(a)(2) (requiring that a complaint contain "a short and plain statement of the claim showing that the pleader is entitled to relief"); *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555, 570 (2007). Mr. Alexander's complaint, which contains only a few short sentences, is extremely vague and does not state under what federal law his claim is being brought. (ECF No. 1-1.) The Court is unable to discern whether it has jurisdiction or whether Mr. Alexander states a *prima facie* claim for relief. The Court agrees with the magistrate judge's reasoning and adopts the R&R in full.

## III.   CONCLUSION

IT IS THEREFORE ORDERED that Mr. Alexander's application to proceed *in forma pauperis*, (ECF No. 1) is GRANTED.

IT IS FURTHER ORDERED that the Clerk FILE the complaint, (ECF No. 1-1) but not issue summons at this time.

IT IS FURTHER ORDERED that the complaint be DISMISSED without prejudice and with leave to amend. Mr. Alexander has until Monday, March 16, 2026, to file an amended complaint curing the deficiencies of his original complaint. Failure to file an amended complaint by that date will result in dismissal of this action.

DATED THIS 13th day of February 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2